Stephen R. Jaffe, Cal. Bar No. 49539
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Cal. Bar No. 278392
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California Street, 21st Floor
San Francisco, California 94111
T: (415) 618-0100
F: (415) 618-0080

Attorneys for Plaintiffs JAMES CHADAM
And JENNIFER CHADAM

Rodney L. Levin, Cal. Bar No. 169360
Eliza J. McArthur, Cal. Bar No. 152312
Jeffery W. Maisen, Cal. Bar No. 271809
MCARTHUR & LEVIN, LLP
637 N. Santa Cruz Avenue
Los Gatos, California 95030
T: (408) 741-2377
F: (408) 741-2378

Attorneys for Defendant
PALO ALTO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHADAM and JENNIFER CHADAM, individually and on behalf of their minor children A.C. AND C.C., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO UNIFIED SCHOOL DISTRICT, a governmental entity created and existing under the laws of the State of California, <br><br> Defendants. | Case No.: C 13-04129 CW <br><br> STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER |

Plaintiffs and Defendant hereby stipulate and agree as follows:

1. On October 11, 2013, Defendant filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Plaintiffs' response to Defendant's Motion to Dismiss is currently due by October 25, 2013.

2. The Parties are now engaged in settlement discussions and require additional time to complete those discussions.

3. The Parties believe that the relief jointly requested will not prejudice the Court, either party, or their counsel.

4. No other time modifications have been requested regarding this pleading.

5. The Parties have agreed that Plaintiffs may have an extension of time, up to and including November 11, 2013, by which to respond to Defendant's Motion to Dismiss.

6. The Parties agree that Defendant's reply in support of its Motion to Dismiss, if any, will be filed not later than November 18, 2013.

Dated: October 24, 2013                           THE JAFFE LAW FIRM


                                                  By: _____/s/_____

                                                  Stephen R. Jaffe (SBN 49539)
                                                  Bailey K. Bifoss (SBN 278392)

                                                  Attorneys for Plaintiffs

Dated: October 24, 2013                           MCARTHUR & LEVIN, LLP


                                                  By: _____/s/_____

                                                  Rodney L. Levin (SBN 169360)
                                                  Eliza J. McArthur (SBN 152312)

                                                  Attorneys for Defendant

[~~PROPOSED~~] ORDER

Based on the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED as follows:

The Court will GRANT the Parties an amended briefing schedule for the hearing on Defendant's Motion to Dismiss. Opposition papers, if any, shall be filed not later than November 11, 2013. Reply papers, if any, shall be filed not later than November 18, 2013.

**IT IS SO ORDERED.**

Date:  10/25/2013

_____
The Honorable Judge Claudia Wilken

ATTESTATION PURSUANT TO GENERAL ORDER NO. 45:

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

Dated: October 24, 2013         THE JAFFE LAW FIRM


By: _____/s/_____

Stephen R. Jaffe (SBN 49539)
Bailey K. Bifoss (SBN 278392)

Attorneys for Plaintiffs