Stephen R. Jaffe, Cal. Bar No. 49539
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Cal. Bar No. 278392
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California Street, 21st Floor
San Francisco, California 94111
T: (415) 618-0100
F: (415) 618-0080

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES CHADAM and JENNIFER CHADAM, individually and on behalf of their minor children A.C. and C.C.,<br><br>Plaintiffs,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, a governmental entity created and existing under the laws of the State of California,<br><br>Defendants. | Case No.: 4:13-CV-04129-CW<br><br>PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*, AND [PROPOSED] ORDER APPOINTING GUARDIAN *AD LITEM* |

Petitioner, JENNIFER IRELAND CHADAM, states:

1. Jennifer Ireland Chadam (petitioner) hereby petitions this court to appoint her as guardian *ad litem* of A.C. and C. C., the natural minor sons of the petitioner.[1]
2. Appointment of a guardian *ad litem* for the minors is required in connection with the above-captioned civil action so that the interests of the minors may be represented in the litigation.
3. No actual or potential conflict of interest exists between the interests of the petitioner and the interests of either of the minors in this matter.
4. The petitioner is fully competent and qualified to understand and protect the rights of the minors in this proceeding.
5. Notice of this petition and proceeding are not necessary because the petitioner is the natural mother of the minors, because the minors reside with the petitioner and because the minors are aware of the existence of this proceeding.

Petitioner declares under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed February _____, 2014 at Palo Alto, California.

_____

Jennifer Ireland Chadam

---

[1] Pursuant to FRCivP 5.2, the names and birthdays of the minor children are not referenced in this petition.

## [PROPOSED] ORDER APPOINTING GUARDIAN *AD LITEM*

The foregoing petition having been presented by JENNIFER IRELAND CHADAM and the court having found:

(a) The appointment of a guardian *ad litem* is necessary to protect the rights petitioner's minor children, A.C. and C.C. in this proceeding;

(b) the petitioner is competent and qualified to understand and protect the rights of her minor children in this proceeding; and

(c) no actual or potential conflict of interest exists between the petitioner and the minor children;

IT IS ORDERED that JENNIFER IRELAND CHADAM is appointed as guardian *ad litem* of her minor sons, A.C. and C.C., and of each of them, to represent their rights and interests in this proceeding.

Dated: 2/28/2014

_____
CLAUDIA WILKEN
United States District Court Judge