United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CHADAM and JENNIFER CHADAM,
individually and on behalf of
their minor children A.C. and
C.C.,

      Plaintiffs,

    v.

PALO ALTO UNIFIED SCHOOL
DISTRICT, a governmental entity
created and existing under the
laws of the State of California,

      Defendant.
_____/

No. C 13-4129 CW
ORDER GRANTING
MOTION FOR LEAVE
TO FILE A MOTION
TO RECONSIDER
(Docket No. 52)

    Plaintiffs James and Jennifer Chadam, on behalf of themselves and their minor children A.C. and C.C. (the Chadams), move for leave to file a motion to reconsider the Court's November 4, 2014 Order dismissing their Second Amended Complaint against Palo Alto Unified School District (PAUSD).  Having considered the papers filed by the Chadams, the Court GRANTS their motion for leave to file a motion for reconsideration.

I.   Leave to File a Motion for Reconsideration

    Civil Local Rule 7-9(a) provides, "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion."  A request for leave to file a motion for reconsideration may only be granted if the moving party shows: (1) that "at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought"; (2) "the emergence of new material facts or change of

law occurring after the time of such order"; or (3) "a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order."  Civil L.R. 7-9(b).

II.  Discussion

While the Court finds that the Chadams' motion for leave fails to articulate any new material facts, any change of law after the order was issued, or any failure by the Court to consider material facts, the Court will nonetheless grant them leave to file a motion for reconsideration that meets the standard above.  Within seven days, the Chadams may file a motion of no more than ten pages.  No opposition need be filed unless the Court orders one, and the motion will not be granted unless an opposition is called for.

CONCLUSION

For the reasons set forth above, the Court GRANTS the Chadams' request for leave to file a motion for reconsideration (Docket No. 52).

IT IS SO ORDERED.

Dated:  November 21, 2014

CLAUDIA WILKEN
United States District Judge