1  MARK E. DAVIS—BAR NO. 79936
   mdavis@davisyounglaw.com
2  ADAM J. DAVIS—BAR NO. 275964
   adavis@davisyounglaw.com
3  **DAVIS & YOUNG, APLC**
   1960 The Alameda, Suite 210
4  San Jose, CA  95126
   Phone: 669.245.4200
5  Fax:    408.985.1814

6  Attorneys for Defendant
   PALO ALTO UNIFIED SCHOOL
7  DISTRCT

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  JAMES CHADAM and JENNIFER          Case No. CV13-04129 CW
    CHADAM, individually and on behalf of
13  their minor children, A.C. and C.C.,
                                       **STIPULATION AND [PROPOSED] ORDER**
14         Plaintiffs,                 **ALLOWING DEFENDANT TO AMEND ITS**
                                       **ANSWER TO PLAINTIFF'S SECOND**
15   vs.                               **AMENDED COMPLAINT**

16
    PALO ALTO UNIFIED SCHOOL
17  DISTRICT, a governmental entity
    created and existing under the laws of
18  the State of California,

19         Defendants.

20

21                         **STIPULATION**

22      Defendant PALO ALTO UNIFIED SCHOOL DISTRICT filed an Answer [Document

23  60] to Plaintiff's Second Amended Complaint [Document 40].

24      Defendant now wishes to amend its Answer to include affirmative defenses based on

25  a direct threat doctrine.

26      Plaintiff has stipulated to said amendment to defendant's Answer.

27      The parties further agree that this stipulation is without prejudice to Plaintiff's right to

28  timely move this Court for relief under the FRCP pertaining to Defendant's proposed

                                       -1-

1 | Amended Answer.

2 | Defendant respectfully requests that the Court issue an order granting defendant Palo

3 | Alto Unified School District leave to amend its Answer to Plaintiff's Second Amended

4 | Complaint.

5 | Attached as Exhibit A is the [Proposed] Amended Answer of Defendant Palo Alto

6 | Unified School District to Plaintiff's Second Amended Complaint for Damages.

7 |

8 | DATED:  June 28, 2018

DAVIS & YOUNG, APLC

9 |

10 |

By   /s/ Mark E. Davis

11 | MARK E. DAVIS
ADAM J. DAVIS

12 | Attorneys for Defendant
PALO ALTO UNIFIED SD

13 |

14 | DATED: June 28, 2018                                THE JAFFE LAW FIRM

15 |

16 |

By:   /s/ Stephen Jaffe

17 | STEPHEN JAFFE
Attorneys for Plaintiff

18 | C.C., a minor

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-2-

1

## ORDER

2  Pursuant to parties' Stipulation, and good cause appearing therefore, defendant Palo

3  Alto Unified School District is granted leave to file an amended answer to plaintiff's Second

4  Amended Complaint.

5

6  Dated:

7  _____

   CLAUDIA WILKEN
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Exhibit A

1    MARK E. DAVIS—BAR NO. 79936
     *mdavis@davisyounglaw.com*
2    ADAM J. DAVIS—BAR NO. 275964
     *adavis@davisyounglaw.com*
3    **DAVIS & YOUNG, APLC**
     1960 The Alameda, Suite 210
4    San Jose, CA  95126
     Phone:  669.245.4200
5    Fax:     408.985.1814

6    Attorneys for Defendant
     PALO ALTO UNIFIED SCHOOL
7    DISTRCT

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12   JAMES CHADAM and JENNIFER          Case No. CV13-04129 CW
     CHADAM, individually and on behalf of
13   their minor children, A.C. and C.C.,
                                        **[PROPOSED] AMENDED ANSWER OF**
14          Plaintiffs,                 **DEFENDANT PALO ALTO UNIFIED**
                                        **SCHOOL DISTRICT TO PLAINTIFF'S**
15       vs.                            **SECOND AMENDED COMPLAINT FOR**
                                        **DAMAGES**
16
     PALO ALTO UNIFIED SCHOOL
17   DISTRICT, a governmental entity     **JURY TRIAL DEMANDED**
     created and existing under the laws of
18   the State of California,

19          Defendants.

20

21          COMES NOW, Defendant, PALO ALTO UNIFIED SCHOOL DISTRICT,

22   (hereafter, "Defendant"), and responds to the allegations of Plaintiff's Second Amended

23   Complaint[1] ("complaint") as stated below. Except as expressly admitted, Defendant

24   denies each and every allegation set forth in Plaintiff's Second Amended Complaint.

25          1. As and for an answer to the first paragraph of Plaintiff's Second Amended

26

27
     ───────────────────────────
28   [1] Specifically, Defendant answers what remains of the Second Amended Complaint following the Ninth Circuit Court of Appeal ruling – the first and second causes of action under the ADA and Section 504 by Plaintiff C.C. only.

1   Complaint, Defendant admits only that Plaintiff C.C. is a named plaintiff, and that a guardian

2   ad litem was appointed for this named plaintiff. Defendant denies all other allegations of

3   this paragraph.

4       2. As and for an answer to the second paragraph of Plaintiff's Second Amended

5   Complaint, Defendant admits only it is a California public school district located in Santa

6   Clara County. Defendant denies all other allegations in this paragraph.

7       3. As and for an answer to the third paragraph of Plaintiff's Second Amended

8   Complaint, Defendant admits the allegations of this paragraph, except for the allegation that

9   this action is brought under the First Amendment to the Constitution of the Unified States –

10  which allegation is denied.

11      4-6. As and for an answer to the fourth through sixth paragraphs of Plaintiff's

12  Second Amended Complaint, Defendant admits only that Plaintiff has had medical

13  treatments/diagnoses in his history. Defendant denies all other allegations of this paragraph.

14      7-10. As and for an answer to the seventh through tenth paragraphs of Plaintiff's

15  Second Amended Complaint, Defendant admits that Plaintiff CC has an older brother, and

16  that CC established residency in PAUSD, near Jordan Middle School, in 2012. Defendant

17  denies all other allegations of this paragraph.

18      11-15. As and for an answer to the eleventh through fifteenth paragraphs of

19  Plaintiff's Second Amended Complaint, Defendant admits only that Plaintiff provided certain

20  enrollment information to Defendant, and that he began attending school in PAUSD in 2012.

21  Defendant denies all other allegations of this paragraph.

22      16-23. As and for an answer to the sixteenth through twenty-third paragraphs of

23  Plaintiff's Second Amended Complaint, Defendant admits only that it had health/safety

24  concerns based upon its understanding of Plaintiff's medical condition and sought

25  information with regard to this issue. Defendant denies all other allegations of these

26  paragraphs, including but not limited to allegations that confidential information was

27  inappropriately obtained and/or shared.

28      24-37. As and for an answer to the twenty fourth through thirty seventh

-2-

1  paragraphs of Plaintiff's Second Amended Complaint, Defendant admits only that it had
2  health/safety concerns based upon its understanding of Plaintiff's medical condition and
3  sought information and solutions with regard to this issue, including the transfer of Plaintiff
4  to another school site within PAUSD. Defendant denies all other allegations of these
5  paragraphs, including but not limited to the context and completeness of the various
6  cited communications.

7      38. As and for an answer to the thirty-eighth paragraph of Plaintiff's Second Amended
8  Complaint, Defendant admits that Plaintiff initiated the referenced Santa Clara County
9  Superior Court Case, that that matter was settled and that Plaintiff continued to attend Jordan
10 Middle School.

11     39. As and for an answer to the thirty-ninth paragraph of Plaintiff's Second Amended
12 Complaint, Defendant denies these allegations.

13     40. As and for an answer to the fortieth paragraph of Plaintiff's' Second Amended
14 Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 39,
15 above.

16     41-43. As and for an answer to the forty-first through forty-third paragraphs of
17 Plaintiff's Second Amended Complaint, Defendant denies these allegations.

18     44. As and for an answer to the forty-fourth paragraph of Plaintiff's Second Amended
19 Complaint, Defendant incorporates by reference its responses to paragraphs 1 through 43
20 above.

21     45-48. As and for an answer to the forty-fifth through forty-eighth paragraphs of
22 Plaintiff's Second Amended Complaint, Defendant denies these allegations.

23     49-55. As and for an answer to the forty-ninth through fifty-fifth paragraphs of
24 Plaintiff's Second Amended Complaint, these allegations have been dismissed, and
25 defendant denies all allegations therein.

26     Prayer. As and for an answer to the prayer of Plaintiff's Second Amended Complaint,
27 Defendant denies all allegations therein.

28 ///

1   **AFFIRMATIVE DEFENSES**

2   As and for affirmative defenses to Plaintiff's Second Amended Complaint, Defendant

3   pleads the following:

4   AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

5   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

6   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

7   Plaintiff has failed to state a claim upon which relief may be granted.

8   AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE TO THE

9   SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

10   THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

11   The Second Amended Complaint fails for a lack of jurisdiction.

12   AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

13   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

14   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

15   Plaintiff's claims fail for a lack of intent.

16   AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

17   SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

18   THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

19   Plaintiff's claims are barred by immunity.

20   AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

21   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

22   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

23   Plaintiff's claims are barred in that Defendant acted in conformity with law.

24   AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

25   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

26   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

27   Plaintiff's claims are barred by equity, including the doctrines of unclean hands,

28   waiver, consent and/or estoppel.

-4-

1    AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

2    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

3    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

4        Plaintiff's claims are barred by res judicata/collateral estoppel.

5        AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

6    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

7    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

8        To the extent that Plaintiff suffered any damages, such damages were

9    proximately and/or legally caused by the misconduct, neglect and/or fault of individuals

10   other than Defendant.

11       AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

12   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

13   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

14       Plaintiff's claims are barred by the statute of limitations.

15       AS A TENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

16   AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

17   THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

18       Plaintiff failed to mitigate his damages, if any.

19       AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

20   SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

21   THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

22       Plaintiff's claims are barred in that Defendant acted in accordance with its legal

23   rights and/or obligations.

24       AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

25   SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

26   THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

27       Plaintiff's claims fail for a lack of standing.

28   ///

1     AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE SECOND

2    AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED THEREIN,

3    THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

4      Plaintiff's claims are barred by waiver/release.

5      AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

6    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

7    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

8      Plaintiff requested remedies are not supported by their claims.

9      AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

10    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

11    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

12      Plaintiff has suffered no damage attributable to Defendant.

13      AS A SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

14    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

15    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

16      That Plaintiff's claim is barred based on 28 CFR 35.139, as Defendant's conduct was

17    at all times justified because Plaintiff posed a direct threat to the health or safety of others.

18      AS A SEVENTEENTH AND SEPARATE AFFIRMATIVE DEFENSE TO THE

19    SECOND AMENDED COMPLAINT AND EACH ALLEGED CAUSE OF ACTION STATED

20    THEREIN, THIS RESPONDING DEFENDANT ALLEGES AS FOLLOWS:

21      That Plaintiff's claim is barred based on 28 CFR 36.208, as Defendant's conduct was

22    at all times justified because Plaintiff posed a direct threat to the health or safety of others.

23

24      Defendant reserves the right to plead any additional Affirmative Defenses as they

25    become known or available during the pendency of this litigation.

26      WHEREFORE, Defendant requests that this Court:

27      1. Find in Defendant's favor on each and every cause of action contained in

28    the Second Amended Complaint;

-6-

1       2. To the extent to which law or equity allows, award reasonable attorneys'

2 fees;

3       3. Award costs of suit herein incurred; and

4       4. Grant such other and further relief as this Court deems just and proper.

5

6 DATED:

           **DAVIS & YOUNG, APLC**

7

8

      By */s/ Mark E. Davis*

9          Mark E. Davis, Esq.
         Adam Davis, Esq.

10          Attorneys for Defendant
         Palo Alto Unified School District

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Amended Answer of Defendant Palo Alto Unified School District to Plaintiff's Second Amended Complaint for Damages
{91629/00398884-1}