Stephen R. Jaffe  SBN 48539
The Jaffe Law Firm
101 California Street, Suite 2710
San Francisco, CA 94111
stephen.r.jaffe@jaffetriallaw.com
415.618.0100

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES CHADAM et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant | Case No.: 4:13cv-04129-CW<br><br>**STIPULATION TO ORDER APPROVING MINOR'S COMPROMISE**<br><br>and<br><br>[PROPOSED] **ORDER**<br>. |

The parties stipulate with respect to the following facts:

(1) Plaintiffs, JAMES CHADAM and JENNIFER CHADAM, are duly-appointed guardians *ad litem* of their minor child, identified in this action as "C.C."

(2) On August 1, 2018, the parties settled this civil action in a settlement conference presided over by Magistrate Judge Maria-Elena James (*See*, Docket #86).

(3) The settlement provides for the total payment of one hundred fifty thousand dollars ($150,000) to the plaintiffs on behalf of C.C.  The settlement also provides that the amount of the settlement will not be disclosed by either party and that the plaintiffs will not contact the press regarding the settlement.

(4) Out of the total settlement, Stephen R. Jaffe, counsel for plaintiffs, will receive sixty thousand dollars ($60,000) for professional services rendered in this matter. That fee is fair and reasonable compensation for the services of Mr. Jaffe in this matter.

STIPULATION & ORDER       1

(5) After the payment of attorney fees, in their capacities as guardians *ad litem,* plaintiffs will receive a net payment of ninety thousand dollars ($90,000) on behalf of C.C.

(6) Also in their capacities as guardians *ad litem*, plaintiffs will preserve all net settlement funds received on behalf of C.C., ($90,000) in a separate and segregated interest-bearing account until December 12, 2018, when C.C. reaches the age of eighteen (18), at which time the funds will be distributed to C.C.

**IT IS SO STIPULATED**

| DAVIS & YOUNG | THE JAFFE LAW FIRM |
|---|---|
| By: _____/s/_____ <br> Mark E. Davis <br> Attorneys for Defendants PALO ALTO UNIFIED SCHOOL DISTRICT | By: _____/s/_____ <br> Stephen R. Jaffe <br> Attorneys for Plaintiffs, JAMES CHADAM and JENNIFER CHADAM |

STIPULATION & ORDER     2

# [PROPOSED] ORDER

The foregoing Stipulation having been presented to and considered by the Court,

**IT OR ORDERED**

(1) The court finds the settlement terms and conditions set forth in the foregoing Stipulation to be a fair and reasonable compromise of plaintiff's claims in this action brought on behalf of their minor son, C.C., and in the best interests of C.C.

(2) The court further finds the attorney fees to be paid to Stephen R. Jaffe to be a fair and reasonable compensation for the services rendered by Mr. Jaffe to plaintiffs in this matter.

**IT IS FURTHER ORDERED**

(3) The court **APPROVES** the settlement on the terms and conditions set forth above.

Dated:

_____
UNITED STATES DISTRICT JUDGE