STEPHEN R. JAFFE, SB #49539
THE JAFFE LAW FIRM
101 California Street, Suite 3710
San Francisco, CA 94111
415.618.0100
stephen.r.jaffe@jaffetriallaw.com

ATTORNEY FOR PLAINTIFFS


MARK E. DAVIS—BAR NO. 79936
ADAM J. DAVIS—BAR NO. 275964
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 669.245.4200
Fax:    408.985.1814

Attorneys for Defendant
PALO ALTO UNIFIED SCHOOL
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES CHADAM and JENNIFER CHADAM, as individuals, and JENNIFER CHADAM, guardian *ad litem* of A.C. and C.C., her minor children,<br><br>　　Plaintiff(s),<br><br>　　vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT,<br><br>　　Defendant(s). | Case No. 4:13-CV-04129-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

*Form updated May 2018*

The parties to the above-entitled action hereby stipulate by and through their undersigned counsel of record as follows:

IT IS STIPULATED by and between the parties to the above captioned litigation, by and through their undersigned counsel of record, that all claims asserted in this action shall be dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: October 10, 2018

/s/ Stephen R. Jaffe
_____
Counsel for Plaintiffs
Stephen R. Jaffe
The Jaffe Law Firm

Dated: October 10, 2018

/s/ Mark E. Davis
_____
Counsel for Defendant
Mark E. Davis
Davis & Young APLC

## DISMISSAL ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The entire action is hereby dismissed from this action with prejudice.

Dated: October 11, 2018

*(Signed: Judge Claudia Wilken — IT IS SO ORDERED, seal of United States District Court, Northern District of California)*

UNITED STATES DISTRICT COURT JUDGE

*Form updated May 2018*